934

No. 80–6011. ZUCKERMAN v. UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–6014. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6015. DUNAWAY v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 80–6016. FERREBOEUF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6018. CLAYBROOKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6019. JACKS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6020. GUERRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6022. TUCKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6043. OSBORNE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6048. WOODS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–6054. AEBISCHER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6057. SPIKES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6062. ARMSTRONG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.